**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| F.E.S., a minor, by and through ARISTIDES SEPULVEDA and WANDA CRUZ, as Parents and Natural Guardians, | CIVIL ACTION NO. 3:14-739 |
| Plaintiffs, | (JUDGE CAPUTO) |
| v. | |
| CASEY M. EPPERSON, | |
| Defendants. | |

**ORDER**

**NOW**, this 22nd day of April, 2014, **IT IS HEREBY ORDERED** that Plaintiffs are given leave to file an amended complaint within **twenty-one (21) days** from the date of entry of this Order.  If Plaintiffs fail to do so, the action will be dismissed.

                    /s/ A. Richard Caputo
                    A. Richard Caputo
                    United States District Judge